IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MARION

Kirk Alexander Vasquez )   Case No. 6:24-cv-01920-MK
)
)
)
v. Commander Larson )
Marion County Jail, MCJ Health )
Services, )
MCJ hearings off, OR Department of Health )
services, Deputy Erica Felix, Deputy Guttierez )
Deputy Douglas, Deputy Cruz, Commander Larson )
4000 Aumsville Hwy SE, )
Salem, OR 97317

On 10-03-24 approx 2:30 pm Plaintiff Kirk Alexander Vasquez was directed to go to a pathfinders class, upon arrival to where the media control room was located Vasquez unexpectedly slipped. This fall extremely injured his knee, back, shoulder an head, immediately causing blurred vision and defication. In the proximity of this accident there were no warning signs or any other suggestion that may require AIC to proceed with caution. From this day forward Vasquez continued to struggle physically. After the fall plaintiff made known to deputy Douglas all issues that occurred, twice. After countless hours of agonizing and pleading with officials medical administered a knee compression Ace tube and medication. (See medical charges via Keefe -70 dollars (see grievance) All remedy were exausted. Since the the plaintiff has not been treated with proper care. For a temporary time he was given pain medication up untill his transfer to a seperate facility, upon arrival back to Marion County Jail when requested to and made notice to desire continued treatment he was from then on denied his right to recieve adequate care. On date 6-19-24 plaintiff Vasquez was placed on segregation for a period of 30 days during this time in which he was deprived his opportunity to practice his religious freedom by denied a bible he was also held innapropiatly with no due process, write up, or chance to see a hearings sergant/officer in order to contest issues

Plaintiff has since the day of his arrival at MCJ has been denied his right to adequate care, deliberate indifference and due process. Marion County Jail refuses to treat Vasquez with lidocane muscle relaxer or any other treatment. The only thing he has is a knee brace which for a long period has been ripped due to a improper size aissue that Marion County health services refuses to adjust. Plaintiff suffers from several mental health and is ~~phys~~ supposed to be protected by the American Disabilitys act. Currently he has been held at MCJ with no court date. Plaintiff Kirk A. Vasquez is a member of IBEW the international of electrical Workers being that plaintiff is still suffering and has only recovered 50 percent his inability to function correctly will likely threaten his career indefinatly. As well on 6-12-24 Jail staff injured Right shoulder

Plaintiff seeks injunctive Relief, punitive Damages, monetary and compensary Relief of 7 million, or no cap, by a grand Jury. He wishes to sue all Defendants in the proffessional and individual capacity.

Name: Kirk A. Vasquez
SID# 16702646
**LEGAL/OFFICIAL MAIL ONLY**
Marion County Sheriff's Office-Jail
4000 Aumsville Hwy SE
Salem, OR 97317

PORTLAND OR RPDC 972
15 NOV 2024 PM 6 L



Portland Divisional Office
1000 SW Third Avenue
Suite 740
Portland, OR 97204-2902

97204-293790